AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

V.

CIC D/B/A JOYCE INSTALLATIONS, L.L.C.

CASE NUMBER: 13cv978

ASSIGNED JUDGE: John W. Darrah

DESIGNATED
MAGISTRATE JUDGE: Geraldine Soat Brown

TO: (Name and address of Defendant)

CIC D/B/A JOYCE INSTALLATIONS, L.L.C.
c/o Michael J. Mudd
1915 Janice Ave.
Melrose Park, IL 60160

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David F. Whitfield
Whitfield, McGann & Ketterman
111 E. Wacker Dr., Suite 2600
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

THOMAS G. BRUTON, CLERK

THOMAS G. BRUTON, CLERK
(By) DEP
*[signature]*

(By) DEPUTY CLERK

DATE
February 8, 2013

DATE

ClientCaseID: N9471 DFW
Law Firm ID: WHITFIEL

*3 7 5 3 7 5 A*

CaseReturnDate: 3/15/13

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number 13CV978

I, KEITH R. BOCKELMANN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN    SUMMONS AND COMPLAINT

ON THE WITHIN NAMED DEFENDANT CIC d/b/a Joyce Installatinos, LLC
PERSON SERVED Michael Mudd, Registered Agent
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 2/16/13

Michael Mudd registered agent stated that he was authorized to accept the documents behalf of the entity.

That the sex, race and approximate age of the person whom I left the document(s) are as follow:

Sex  Male    Race  WHITE    Age  42
Height  6'    Build  HEAVY    Hair  BROWN

LOCATION OF SERVICE   1000 ANDERSON DRIVE
LIBERTYVILLE, IL, 60048

Date Of Service  2/16/13    Time of Service  8:42 AM

KEITH R. BOCKELMANN                              2/18/2013
Special Process Server
P.E.R.C.#129-125251

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:  $55.00